IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-00033-REB-MJW

QWEST CORPORATION,

      Plaintiff,

v.

MCI, INC.,
MCI METRO ACCESS TRANSMISSION SERVICES, LLC,
MCI COMMUNICATIONS CORPORATION,
MCI NETWORK SERVICES, INC.,
MCI WORLDCOM COMMUNICATIONS, INC.,
TELECONNECT LONG DISTANCE SERVICE & SYSTEMS COMPANY,
TELECONNECT COMPANY,
TTI NATIONAL, INC.,
TELECOM USA, INC., and
WORLDCOM TECHNOLOGIES, INC.

      Defendants.

---

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
( Docket No. 33 )

---

Defendants, having filed their Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and the Court, having considered the same and being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants shall file their Answer, move or otherwise respond to Plaintiff's Amended Complaint on or before May 2, 2006.

Dated this 19TH day of April, 2006.

BY THE COURT:

*/s/ Michael J. Watanabe*

~~U.S. District Judge~~ / Magistrate Judge

den-fs1\189383v01

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE