IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 06-cv-00033-REB-MJW

QWEST CORPORATION,

    Plaintiff,

v.

MCI, INC., et al.,

    Defendants.

**MINUTE ORDER**

    It is hereby ORDERED that the Motion for Leave to Withdraw Motion for Leave to File Second Amended Complaint and Jury Demand, to Vacate June 13, 2006 Response Date and to File Third Amended Complaint and Jury Demand, DN 52, filed with the Court on June 12, 2006, is GRANTED as set forth in the motion.

Date:   June 13, 2006