IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00033-REB-MJW

QWEST CORPORATION,

                Plaintiff,

v.

MCI, INC.,
MCI METRO ACCESS TRANSMISSION SERVICES, LLC
MCI COMMUNICATIONS CORPORATION,
MCI NETWORK SERVICES, INC.,
MCI WORLDCOM COMMUNICATIONS, INC.,
TELECONNECT LONG DISTANCE SERVICE & SYSTEMS COMPANY,
TELECONNECT COMPANY
TTI NATIONAL, INC.,
TELECOM USA, INC., and
WORLDCOM TECHNOLOGIES INC.,

                Defendants.

---

## ORDER (Docket No. 52)

---

Plaintiff Qwest Corporation ("Qwest"), having filed its Motion for Order Granting Leave to Withdraw Motion for Leave to File Second Amended Complaint and Jury Demand, to Vacate June 13, 2006 Response Date and to File Third Amended Complaint and Jury Demand, and the Court, having considered the same and being duly advised in the premises, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Qwest's Motion for Order Granting Leave to File Second Amended Complaint and Jury Demand, and Establishing Answer Date is withdrawn. Further, this Court grants Qwest leave to file its Third Amended Complaint and Jury Demand.

Qwest's Third Amended Complaint is accepted for filing as of June 12, 2006, and the Clerk of the Court shall date stamp this document for filing as of the same date. Further, this Court VACATES its order requiring Defendants to respond to Qwest's Second Amended Complaint on or before June 13, 2006.

Dated: June 28TH, 2006.

_____
~~United States District Judge/Magistrate Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE