**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00033-REB-MJW

QWEST CORPORATION,

                Plaintiff,

v.

MCI, INC.,

MCIMETRO ACCESS TRANSMISSION SERVICES, LLC

MCI COMMUNICATIONS CORPORATION,

MCI NETWORK SERVICES, INC.,

MCI WORLDCOM COMMUNICATIONS, INC.,

TELECONNECT LONG DISTANCE SERVICE & SYSTEMS COMPANY,

TELECONNECT COMPANY

TTI NATIONAL, INC.,

TELECOM USA, INC., and

WORLDCOM TECHNOLOGIES INC.

                Defendants.

**ORDER GRANTING MOTION TO STAY**

Plaintiff Qwest Corporation ("Qwest") and Defendants MCI, Inc., MCI Metro Access Transmission Services, LLC, MCI Communications Corporation, MCI Network Services, Inc., MCI WorldCom Communications, Inc., Teleconnect Long Distance Service & Systems Company, Teleconnect Company, TTI National, Inc.,

Telecom USA, Inc., and WorldCom Technologies Inc. (collectively, "MCI"), having filed their Joint Motion to Stay, and the Court, having considered the same and being duly advised in the premises, hereby GRANTS the motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case is stayed pending the decision of Bankruptcy Judge Arthur J. Gonzalez in the related case, *Qwest Corp. v. MCI, Inc.*, Case No. 02-13533, Adv. Pro. No. 06-01567 (AJG) (Bankr. S.D.N.Y. filed June 27, 2006), on whether Qwest released and discharged in bankruptcy its claims for access charges on calls that MCI delivered indirectly to Qwest for termination through one or more unaffiliated third-party carriers. All proceedings and deadlines in this case, including discovery, should be stayed pending resolution of the release/discharge issue in the bankruptcy court. Furthermore, the clerk shall administratively close this case pending resolution of the release/discharge issue in the bankruptcy court.

The parties are under a joint obligation to notify this Court, as soon as practicable, of Judge Gonzalez's decision and provide the Court with a copy of that opinion.

Dated this 9th day of August, 2006.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**