**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00033-REB-MJW

QWEST CORPORATION,

                Plaintiff,

v.

MCI, INC.,

MCIMETRO ACCESS TRANSMISSION SERVICES, LLC

MCI COMMUNICATIONS CORPORATION,

MCI NETWORK SERVICES, INC.,

MCI WORLDCOM COMMUNICATIONS, INC.,

TELECONNECT LONG DISTANCE SERVICE & SYSTEMS COMPANY,

TELECONNECT COMPANY

TTI NATIONAL, INC.,

TELECOM USA, INC., and

WORLDCOM TECHNOLOGIES INC.

                Defendants.

**ORDER OF DISMISSAL**

**Blackburn, J.**

      The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#72], filed March 5, 2007.  After careful review of the stipulation and the

file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#72], filed March 5, 2007, is **APPROVED**; and

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated March 5, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**